# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPORT TRINITY LLC,<br><br>                          Petitioner,<br><br>  v.<br><br>BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT BROIDY,<br><br>                          Respondents. | Case No. 1:18-cv-355<br><br>[Underlying Case:<br>USDC Central District of California<br>Case No. 2:18-cv-02421-JFW-E] |

### NOTICE OF MOTION TO QUASH SUBPOENA AND/OR FOR PROTECTIVE ORDER, AND FOR TRANSFER UNDER FEDERAL RULE OF CIVIL PROCEDURE 45(f)

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declarations of Ayman Sabi and Amanda Fitzsimmons, Petitioner Sport Trinity LLC, by and through its undersigned attorneys, will move this Court, before a duly assigned Part 1 judge, at the Courthouse at 500 Pearl Street, New York, New York, at a time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 45(f), transferring this Motion to the Central District of California, or, in the alternative, for an Order quashing the subpoena directed to AT&T Mobility LLC (AT&T) by Respondents Broidy Capital Management LLC and Elliott Broidy, or in the alternative for a Protective Order.  Sport Trinity LLC also requests an award of legal fees and expenses incurred in connection with this motion and any other relief that this Court deems just and proper.

Dated: August 1, 2018

By: *s/ Kevin Walsh*
    Kevin Walsh
    DLA PIPER LLP (US)
    1251 Avenue of the Americas, 27th Floor
    New York, NY 10020-1104

        Telephone:  210.335.4500
        Facsimile:  210.335.4501

Angela C. Agrusa (*pro hac vice* to be filed)
Amanda Fitzsimmons (*pro hac vice* to be filed)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone:   310.595.3000
Facsimile:    310.595.3300

Attorneys for Petitioner
SPORT TRINITY LLC

-2-