| | |
|---|---|
| 1 | Angela C. Agrusa (Bar No. CA-131337) |
| 2 | angela.agrusa@dlapiper.com |
|   | Amanda Fitzsimmons (Bar No. CA-258888) |
| 3 | amanda.fitzsimmons@dlapiper.com |
| 4 | **DLA PIPER LLP (US)** |
|   | 2000 Avenue of the Stars |
| 5 | Suite 400 North Tower |
| 6 | Los Angeles, California 90067-4704 |
|   | Tel:   310.595.3000 |
| 7 | Fax:  310.595.3300 |

Attorneys for Petitioner
Sport Trinity LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| SPORT TRINITY LLC, | CASE NO.  2:18-MC-00105-JWF-E |
| Petitioner, | **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| v. | |
| BROIDY CAPITAL MANAGEMENT, LLC and ELLIOTT BROIDY, | |
| Respondents. | Judge:   Hon. John F. Walter |

EAST\158402533.1

I, Angela C. Agrusa, hereby declare as follows:

1. I am a Partner at the law firm of DLA Piper LLP (US). I represent Petitioner in this action.

2. I am Lead Trial Counsel for Petitioner in this case.

3. I am registered as an ECF user in the Central District of California and my email address of record is angela.agrusa@dlapiper.com.

4. I consent to electronic service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 20th day of August, 2018 in Los Angeles, California.

*/s/ Angela C. Agrusa*
Angela C. Agrusa