## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __2:18-mc-00105-JFW-Ex__    Date __6/27/2023__

Title: __Sport Trinity LLC v. Broidy Capital Management LLC et al__

Present: The Honorable __John F. Walter__

|  |  |
|---|---|
| Shannon Reilly | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                 Not Presentn

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __Related Case:  2:18-cv-02421-JFW-Ex closed on September 27, 2018 [227] * Make JS-6 *__

☐ Entered _____.


Initials of Preparer ___sr___